UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHELLE RAMIREZ,

          NO. CIV. S-05-1176 LKK

    Plaintiff,

  v.                      O R D E R

ROOMSOURCE, INC., a
California corporation,

    Defendant.
_____/

    By order filed June 14, 2005, a Status Conference was set for August 22, 2005. That order further directed all parties to file status reports not later than ten (10) days preceding the Status Conference. Neither party has done.

    Accordingly, the court hereby ORDERS that:

    1. Counsel for all parties are ORDERED to SHOW CAUSE in writing within ten (10) days why sanctions should not be imposed for failure to timely file a status report;

////

1

1  2.  The Status Conference currently set for August 22, 2005
2 is CONTINUED to September 26, 2005 at 3:00 p.m.; and
3  3.  The parties shall file status reports not later than ten
4 (10) days preceding the September 26 Status Conference.
5  IT IS SO ORDERED.
6  DATED:  August 17, 2005
7                                  /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
8                                  SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26