UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHELLE RAMIREZ,

        NO. CIV. S-05-1176 LKK

    Plaintiff,

  v.                          O R D E R

ROOMSOURCE, INC., a
California corporation,

    Defendant.
_____/

    On August 17, 2005, counsel for plaintiff and defendants in the above-captioned case were ordered to show cause why sanctions should not be imposed for failure to file status reports not later than ten days preceding the status conference. The court is in receipt of both counsel's response.

    No good cause being shown, counsel for plaintiff and defendants are each sanctioned in the amount of one hundred and fifty ($150.00) dollars. This sum shall be paid to the Clerk of the Court no later than thirty (30) days from the effective date

1

1  of this order.  Counsel shall file an affidavit accompanying the
2  payment of this sanction which states that it is paid personally
3  by counsel, out of personal funds, and is not and will not be
4  billed, directly or indirectly, to the client or in any way made
5  the responsibility of the client as attorneys' fees or costs.
6       IT IS SO ORDERED.
7       DATED:  August 17, 2005
8                                   /s/Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
9                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2